1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SABRINA SANCHEZ,

11           Plaintiff,                    No. CIV S-05-2136 FCD KJM P

12       vs.

13   SHASTA COUNTY JAIL
     MEDICAL PROGRAM,
14
             Defendant.               ORDER
15
     _____/
16

17           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20           On December 21, 2005, the magistrate judge filed findings and recommendations

21   herein which were served on plaintiff and which contained notice to plaintiff that any objections

22   to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed

23   objections to the findings and recommendations.

24           Although it appears from the file that plaintiff's copy of the findings and

25   recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility

26   to

1

1 /////

2 keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),

3 service of documents at the record address of the party is fully effective.

4         The court has reviewed the file and finds the findings and recommendations to be

5 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

6 ORDERED that:

7         1.  The findings and recommendations filed December 21, 2005, are adopted in

8 full; and

9         2.  This action is dismissed without prejudice.

10 DATED:February 2, 2006

11

12         /s/ Frank C. Damrell Jr.
        FRANK C. DAMRELL JR.

13         United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26